U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an atto
standing of this Court's general bar or be granted le
by Local Rules 83.12 through 83.14.

07CV6387
JUDGE COAR
MAG. JUDGE NOLAN

In the Matter of

ROBYN WILLIAMS, individually and on behalf of all others similarly situated,
v.
SPIN MASTER, LTD., a Canadian Corporation.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff



FILED
NOV 0 9 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
| --- |
| Sharon Harris |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| /s/ Sharon Harris |

| FIRM |
| --- |
| Barnow and Associates, P.C. |

| STREET ADDRESS |
| --- |
| One North LaSalle Street, Suite 4600 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6255704 | 312-621-2000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |