# Exhibit 1

## *United States District Court for the Northern District of Illinois*

Case Number: 07cv6387            Assigned/Issued By: LI

Judge Name: _____        Designated Magistrate Judge: _____

---

### FEE INFORMATION

***Amount Due:***   ☐ $350.00      ☐ $39.00      ☐ $5.00

　　　　　　　　☐ IFP         ☐ No Fee      ☐ Other _____

　　　　　　　　☐ $455.00

Number of Service Copies _____      Date: _____

*(For Use by Fiscal Department Only)*

Amount Paid: _____            Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: LI

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          *(Victim, Against and $ Amount)*

☐ Writ _____
　　　*(Type of Writ)*

<u>1</u> Original and <u>1</u> copies on <u>11/14/07</u> as to <u>DEF</u>
　　　　　　　　　　　　　　*(Date)*
(INTL & HAVE COURT SERVE THEM)

---

C:\wpwin80\docket\feeinfo.frm    03/14/05