UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ROBYN WILLIAMS, individually and<br>on behalf of all others similarly situated, | : | |
| | : | |
| Plaintiff, | | |
| | : | **Case No. 07 CV 6387** |
| -against- | : | |
| | : | **THE HONORABLE DAVID H. COAR**<br>**MAGISTRATE JUDGE NOLAN** |
| SPIN MASTER, LTD., a Canadian Corporation, | | |
| | : | |
| Defendant. | | |
| | : | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, December 13, 2007, at 9:00 a.m., we

shall appear before the Honorable David H. Coar, or any judge sitting in his stead, in

Courtroom 1419 of the United States District Court for the Northern District of Illinois,

Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there

present Plaintiff's Motion to Preserve Evidence, a copy of which is hereby served upon

you.

Respectfully submitted,

One of Plaintiff's Counsel

By:    __/s/ Ben Barnow_____

Ben Barnow
Sharon Harris
Erich Schork
Barnow and Associates, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL  60602
(312) 621-2000

## <u>CERTIFICATE OF SERVICE</u>

I, Ben Barnow, one of the attorneys for Plaintiff, hereby certify that a paper copy of the Notice of Motion concerning Plaintiff's Motion to Preserve Evidence, which has been filed through the ECF system, will be sent via messenger to counsel for Defendant:

Thomas J. Wiegand, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

on this 7th day of December, 2007.

/s/  Ben Barnow_____