**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Robyn Williams
                        Plaintiff,

v.                                             Case No.: 1:07–cv–06387
                                                       Honorable David H. Coar

Spin Master, Ltd.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 13, 2007:

      MINUTE entry before Judge David H. Coar : Motion hearing held on 12/13/2007 regarding motion for miscellaneous relief [9].Motion to preserve evidence [9] is continued before the Magistrate Judge. Plaintiff is given leave to file a short reply within one day. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.