## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Robyn Williams
                     Plaintiff,

v.
                                    Case No.: 1:07−cv−06387
                                    Honorable David H. Coar

Spin Master, Ltd.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 14, 2007:

      MINUTE entry before Judge Nan R. Nolan : Motion hearing set for 12/18/2007 at 09:00 a.m. regarding Plaintiff's Motion to preserve evidence [9]. Parties are directed to submit a short status report no later than 2:00 p.m. on 12/17/07.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.