UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBYN WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>SPIN MASTER, LTD., a Canadian Corporation,<br><br>Defendant. | :<br>:<br>:<br>:  **Case No. 07 CV 6387**<br>:<br>:  **THE HONORABLE DAVID H. COAR**<br>:  **MAGISTRATE JUDGE NOLAN**<br>:<br>: |

## [PROPOSED] ORDER
## GRANTING PLAINTIFF'S MOTION TO PRESERVE EVIDENCE

THE COURT, being fully advised on the matter, hereby orders as follows:

1. Plaintiff's Motion to Preserve Evidence is hereby GRANTED.

2. Defendant shall preserve and protect all documents and electronic files that relate to, describe, or reference Defendant's Aqua Dots products, that are within their possession and control, including those that are within the possession or control of its agents, employees, subsidiaries, and affiliates, without limitation.

3. Defendant, through its counsel, shall work with Plaintiff, through her counsel, to identify and preserve sufficient samples of the complained-of product for testing and preservation through disposition of this matter.

_____
MAGISTRATE JUDGE NOLAN

_____
DATE