UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBYN WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>SPIN MASTER, LTD., a Canadian Corporation,<br><br>Defendant. | :<br>:<br>:  **Case No. 07 CV 6387**<br>:<br>:  **THE HONORABLE DAVID H. COAR**<br>:  **MAGISTRATE JUDGE NOLAN**<br>:<br>: |

## JOINT STATUS REPORT

1.  This matter was filed on November 9, 2007. On December 7, a Motion to Preserve Evidence ("Motion") was filed by Plaintiff. On December 12, appearances were filed on behalf of Defendant. On December 13, the parties appeared on the Motion before the Honorable David H. Coar, at which time Judge Coar referred the matter to Magistrate Judge Nolan and granted Plaintiff's request to file a short reply to the response filed by Defendant. Plaintiff timely filed her Reply on December 14; a copy was served on Defendant's counsel.

2.  Judge Coar's Order of December 11, 2007, ordered the parties to hold a Rule 26(f) conference to discuss the nature of their claims and defenses, and the possibility of settlement, within two weeks therefrom. The Court's Order further stated that discovery shall commence at the conclusion of said conference. The parties have yet to set a date for same. The Order also set a Rule 16(b) scheduling conference for February 4, 2008, at 9:00 a.m.

3.  Magistrate Judge Nolan has set a hearing on Plaintiff's Motion to Preserve Evidence for Tuesday, December 18, 2007, at 9:00 a.m.

    4.    The parties have consulted, and Plaintiff's counsel has been authorized to file this joint report.

Dated: December 17, 2007    Respectfully submitted,

By:   /s/ Ben Barnow
    Ben Barnow
    Sharon Harris
    Erich Schork
    Barnow and Associates, P.C.
    One North LaSalle Street, Suite 4600
    Chicago, IL 60602
    Telephone: (312) 621-2000
    Facsimile: (312) 641-5504

*Attorneys for Plaintiff*

Aron D. Robinson
The Law Office of Aron D. Robinson
19 S. LaSalle Street, Suite 1300
Chicago, IL 60603
Telephone: (312) 857-9050
Facsimile: (312) 857-9054

*Of Counsel:*

Scott R. Tack
Allen Allen & Tack
P.O. Box 1409
210 Chickasha Ave.
Chickasha, OK 73023
Telephone: (405) 224-3111
Facsimile: (405) 224-8312

Lance A. Harke, P.A.
Sarah Clasby Engel, P.A.
Harke & Clasby LLP
155 South Miami Ave., Suite 600
Miami, Florida 33130
Telephone: (305) 536-8220
Facsimile: (305) 536-8229

**Certificate of Service By Electronic Means**

  I, Ben Barnow, hereby certify that Plaintiff's Reply in Support of Motion to Preserve Evidence, was caused to be served electronically this 17th day of December, 2007, pursuant to ECF as to Filing users and I shall comply with LR 5.5 as to any party who is not a filing user or represented by a filing user.

              /s/_Ben Barnow_____