UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Robyn Williams
                    Plaintiff,

v.                                            Case No.: 1:07−cv−06387
                                            Honorable David H. Coar

Spin Master, Ltd.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 18, 2007:

       MINUTE entry before Judge Nan R. Nolan : Motion hearing held on Plaintiffs Motion to Preserve Evidence [Doc. 9]. Counsel for both parties appeared, but without prejudice to Defendant raising any objections to jurisdiction. For the reasons stated in open court, the motion is granted in part and denied in part. The parties will work together to identify and preserve sufficient samples of the Aqua Dots products for testing and preservation. Defendant has also been instructed by counsel to keep all documents relating to the Aqua Dots products. With respect to electronic files, Defendant has submitted an affidavit from Hayden Leacock, Defendants Global IT Operations Manager, affirming that the company is preserving the back−up tapes of its electronic files, including mailboxes, server drives and network drives, from all relevant countries except France and the United Kingdom. Defendant will provide a further affidavit from knowledgeable persons from France and the United Kingdom confirming that Aqua Dots were not sold, marketed, manufactured, distributed or purchased in those countries, and that there are no relevant documents in those countries. All matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned judge.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.