**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

ROBYN WILLIAMS, individually and                    :
on behalf of all others similarly situated,

                                             :

                Plaintiff,

                                             :     **Case No. 07 CV 6387**

                -against-                         :

SPIN MASTER, LTD., a Canadian Corporation,     :     **THE HONORABLE DAVID H. COAR**
                                               **MAGISTRATE JUDGE NOLAN**

                Defendant.                      :

                                             :

## NOTICE OF MOTION

       PLEASE TAKE NOTICE that on Wednesday, January 2, 2008, at 9:00 a.m., we

shall appear before the Honorable David H. Coar, or any judge sitting in his stead, in

Courtroom 1419 of the United States District Court for the Northern District of Illinois,

Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there

present Plaintiff's Motion to Compel, a copy of which is hereby served upon you.

                                    Respectfully submitted,

                              By:    __/s/ Ben Barnow_____
                                      One of Plaintiff's Counsel

Ben Barnow
Sharon Harris
Erich Schork
Barnow and Associates, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL  60602
(312) 621-2000

## Certificate of Service By Electronic Means

I, Ben Barnow, one of the attorneys for Plaintiff, hereby certify that Plaintiffs' Motion to Compel and accompanying Notice of Motion were caused to be served electronically this 21st day of December, 2007, pursuant to ECF as to Filing users and I shall comply with LR 5.5 as to any party who is not a filing user or represented by a filing user.

/s/ Ben Barnow