IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBYN WILLIAMS, individually and on behalf of all others similarly situated, | Case No. 07CV6387 |
| Plaintiff, | Hon. David H. Coar |
| v. | |
| SPIN MASTER, LTD., a Canadian corporation, | |
| Defendant. | |

## NOTICE OF FILING

Pursuant to Rule 5.12(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendant Spin Master, Ltd. hereby files with this Court a copy of the attached Motion for Consolidation and Transfer and related documents concurrently being filed with the Judicial Panel on Multidistrict Litigation.

Respectfully submitted,

SPIN MASTER, LTD.

By:   /s/ Thomas J. Wiegand
      One of its attorneys

Ronald Y. Rothstein
Thomas J. Wiegand
Bryna J. Dahlin
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone (312) 558-5600
Facsimile (312) 558-5700
rrothstein@winston.com
twiegand@winston.com
bdahlin@winston.com

**<u>CERTIFICATE OF ELECTRONIC FILING</u>**

I hereby certify that on January 22, 2008, I filed the above and foregoing with the

Court's ECF system and by doing so served a copy on all the parties.


/s/ Thomas J. Wiegand_____
ATTORNEY FOR SPIN MASTER, LTD.