IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBYN WILLIAMS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SPIN MASTER, LTD., a Canadian corporation,<br><br>    Defendant. | Case No. 07CV6387<br><br>Hon. David H. Coar |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on February 4, 2008 at 9:00 A.M. we shall appear before the Hon. Judge David H. Coar, Room 1419, United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present DEFENDANT'S MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION.

Respectfully submitted,

SPIN MASTER, LTD.

By:  /s/ Thomas J. Wiegand
    One of its attorneys

Ronald Y. Rothstein
Thomas J. Wiegand
Bryna J. Dahlin
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone (312) 558-5600
Facsimile (312) 558-5700
rrothstein@winston.com
twiegand@winston.com
bdahlin@winston.com

CHI:2033635.2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2008, I filed the above and foregoing with the Court's ECF system and by doing so served a copy on all the parties.

/s/ Thomas J. Wiegand
ATTORNEY FOR SPIN MASTER, LTD.

CHI:2033635.2