# Exhibit

# 1

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DONALD C. ERBACH, JR., and                                                        PLAINTIFFS
STEPHANIE S. STREETT, husband and
wife, individually, and on behalf of all
others similarly situated

v.                              No. 4:07CV01112 JLH

SPIN MASTER, LTD., and
SPIN MASTER, INC.                                                                  DEFENDANTS

### ORDER

Defendants' motion for enlargement of time to respond to plaintiffs' summons and complaint

and for a temporary stay of proceedings is GRANTED. Document #12. This action is hereby stayed

and the time for defendants to respond to plaintiffs' summons and complaint is extended to 30 days

following the determination by the panel on multi-district litigation whether to grant the motion,

which is to be filed by the defendants in this case, and to assign this case and others similarly situated

to a single court for coordinated pre-trial proceedings.

IT IS SO ORDERED this 9th day of January, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERIC K. BOTSCH, individually and on behalf of a class of all others similarly situated, | ) ) ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiff, | ) ) | |
| | ) | 3:07-CV-1948-G |
| VS. | ) ) | **ECF** |
| SPIN MASTER, LTD., and SPIN MASTER, INC., | ) ) ) | |
| Defendants. | ) | |

## ORDER

The motion of defendants Spin Master, Ltd. and Spin Master, Inc. to stay all

proceedings pending transfer decision by the Judicial Panel on Multidistrict Litigation

is **GRANTED**.  Therefore, all proceedings in the above-captioned case are **STAYED**

pending transfer decision by the Judicial Panel on Multidistrict Litigation.

**SO ORDERED**.

January 23, 2008.

_____
A. JOE FISH
**Senior United States District Judge**