UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Robyn Williams
                      Plaintiff,

v.                                       Case No.: 1:07−cv−06387
                                                     Honorable David H. Coar

Spin Master, Ltd.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 4, 2008:

      MINUTE entry before Judge David H. Coar : Motion hearing held on 2/4/2008 regarding motion to stay [27].MOTION by Defendant Spin Master, Ltd. to stay ALL PROCEEDINGS PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION [27] is granted through and including 3/26/2008. All proceedings are stayed until 3/26/2008. Scheduling conference stricken until further order. Status hearing set for 3/26/2008 at 09:00 AM.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.