UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBYN WILLIAMS, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 07 CV 6387 |
| SPIN MASTER, LTD., a Canadian Corporation, | ) ) ) ) | Hon. David H. Coar |
| Defendants. | ) ) | |
| SAMANTHA FORD, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, vs. | ) ) ) | No. 08 CV 0804 |
| SPIN MASTER, LIMITED, SPIN MASTER INCORPORATED; and DOES 1 though 10, | ) ) ) ) | Hon. Amy St. Eve |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   See attached Service List.

    PLEASE TAKE NOTICE that on March 13, 2008, at 9:00 a.m., I shall appear before Honorable David H. Coar in Courtroom 1419 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff Samantha Ford's **MOTION FOR REASSIGNMENT OF FORD V. SPIN MASTER, LTD., et al., AS A RELATED CASE**, a copy of which is herewith served upon you.

                                                        s/   William J. Harte

William J. Harte
WILLIAM J. HARTE, LTD.
111 West Washington Street, Suite 1100
Chicago, IL  60602-2705
(312) 726-5015

*Of Counsel:*

Mila F. Bartos
Tracy Rezvani
Karen J. Marcus
Rosalee B. Connell
**FINKELSTEIN THOMPSON LLP**
The Duval Foundry
1050 30th Street NW
Washington, D.C. 20007
Telephone:  (202) 337-8000

*Williams v. Spin Master, Ltd.*, No. 07 CV 06387

## SERVICE LIST

Thomas J. Wiegand
Ronald Y. Rothstein
Bryna Joyce Roth Dahlin
WINSTON & STRAWN
35 West Wacker Drive
Chicago, IL 60601-9703

Ben Barnow
Erich P. Schork
Sharon Harris
BARNOW & ASSOCIATES, P.C.
One North LaSalle Street
Suite 4600
Chicago, IL 60603

Aron D. Robinson
Law Office of Aron D. Robinson
19 South LaSalle Street
Suite 1300
Chicago, IL 60603

## CERTIFICATE OF SERVICE

William J. Harte, an attorney, certifies that he caused the foregoing Notice of Motion and Plaintiff Samantha Ford's **MOTION FOR REASSIGNMENT OF FORD V. SPIN MASTER, LTD., et al., AS A RELATED CASE** to be served upon:

> Thomas J. Wiegand
> Ronald Y. Rothstein
> Bryna Joyce Roth Dahlin
> WINSTON & STRAWN
> 35 West Wacker Drive
> Chicago, IL 60601-9703
>
> Ben Barnow
> Erich P. Schork
> Sharon Harris
> BARNOW & ASSOCIATES, P.C.
> One North LaSalle Street
> Suite 4600
> Chicago, IL 60603
>
> Aron D. Robinson
> Law Office of Aron D. Robinson
> 19 South LaSalle Street
> Suite 1300
> Chicago, IL 60603

in accordance with the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers on March 7, 2008.

s/   William J. Harte