# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6387 | **DATE** | 3/13/2008 |
| **CASE TITLE** | Williams vs. Spin Master, Ltd | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 3/13/2008 regarding # 35.   Motion to reassign case [35] is entered and continued to 4/7/2008 at 9:00 a.m.  The stay is extended  further  and all proceedings are stayed until 4/7/2008.   Status of 3/26/2008 is stricken and reset to 4/7/2008 at 9:00 a.m.

/s/David H. Coar

David H. Coar, U.S. District Judge

Docketing to mail notices.

00:02

| | |
|---|---|
| Courtroom Deputy Initials: | PAMF |