

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AQUA DOTS PRODUCTS LIABILITY LITIGATION | MDL No. 1940 |
| | Lead Case No. 1:07-cv-6387 |
| | Judge David H. Coar |
| | Magistrate Judge Nan R. Nolan |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

FILED
Apr 25 2008
APR 25 2008  EA
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### DEFENDANT, MOOSE ENTERPRISE PTY LTD.'S MOTION FOR LEAVE TO FILE AN APPEARANCE ON BEHALF OF DEFENDANT, MOOSE ENTERPRISE PTY LTD.

1. Defendant, Moose Enterprise Pty Ltd., moves for an order allowing its counsel of record, CLINTON & CLINTON, to enter an appearance on its behalf.

2. The grounds for this motion are that on April 9, 2008, the Judicial Panel on Multidistrict Litigation (hereinafter "JPML") entered an Order consolidating those actions listed in Schedule A of said Order and transferring them to the Northern District of Illinois, and assigning said matters to the Honorable David H.Coar. Included in the cases listed in Schedule A are the following matters, which were originally filed in the Central District of California: *Cosgrove v. Spin Master, Ltd., et al.*, C.A. No. 2:07-7544, and *Soderstedt v. Moose Enterprise Pty Ltd.*, C.A. No. 2:07-7546. The Complaints in the *Cosgrove* and *Soderstedt* matters have been served on Defendant, Moose Enterprise Pty Ltd., and an appearance has been entered in each matter on behalf of Defendant, Moose Enterprise Pty Ltd. Accordingly, Moose Enterprise Pty Ltd., now seeks to make an appearance in the consolidated matter.

3. This motion is based on the pleadings and papers on file in this case and the attached memorandum of points and authorities.

### NOTICE OF HEARING

Please take notice that Defendant, Moose Enterprise Pty Ltd., will bring this motion for hearing before this Court on April 30, 2008, at 9:00 a.m., in the United States District Court for the Northern District of Illinois before the Honorable David H. Coar in Courtroom 1419.

Respectfully submitted,

MOOSE ENTERPRISE PTY LTD.

By: _____
CLINTON & CLINTON
David A. Clinton (CA Bar No. 1150107)
Dana M. Gilreath (CA Bar No. 227745)
100 Oceangate, 14th Floor
Long Beach, California 90802
Tel. (562) 216-5000
Fax (562) 216-5001

ATTORNEY IN CHARGE FOR DEFENDANT
MOOSE ENTERPRISE PTY LTD.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AQUA DOTS PRODUCTS LIABILITY LITIGATION | MDL No. 1940 |
| | Lead Case No. 1:07-cv-6387 |
| | Judge David H. Coar |
| | Magistrate Judge Nan R. Nolan |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## ORDER ON DEFENDANT, MOOSE ENTERPRISE PTY LTD.'S MOTION FOR LEAVE TO FILE AN APPEARANCE ON BEHALF OF DEFENDANT, MOOSE ENTERPRISE PTY LTD.

After considering Defendant, Moose Enterprise Pty Ltd.'s motion for leave to file an appearance on behalf of Defendant, Moose Enterprise Pty Ltd., the court GRANTS the motion.

SIGNED on April ____, 2008

_____
U.S. District Judge

APPROVED & ENTRY REQUESTED:

_____
CLINTON & CLINTON
David A. Clinton (CA Bar No. 1150107)
Dana M. Gilreath (CA Bar No. 227745)
100 Oceangate, 14th Floor
Long Beach, California 90802
Tel. (562) 216-5000
Fax (562) 216-5001