UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Robyn Williams
                            Plaintiff,

v.                                                Case No.: 1:07−cv−06387
                                                             Honorable David H. Coar

Spin Master, Ltd., et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 30, 2008:

      MINUTE entry before Judge Honorable David H. Coar: Status hearing held on 4/30/2008. Motion hearing held on 4/30/2008 regarding motion to reassign case [35], motion to appoint counsel [42], motion for leave to file[40], motion to transfer case [34]. Motion to transfer case [34] is moot, as a transfer order (consolidated pretrial proceedings) was entered by the the U S Judicial Panel on Multidistrict Litigation − under MDL #1940. MOTION FOR REASSIGNMENT OF 08 C 804FORD V. SPIN MASTER, LTD., et al. AS A RELATED CASE [35] is granted − the Court will request reassignment of the case. Defendant Moose Enerprise's Motion for leave to file an appearance on behalf of the defendant Moose [40] is granted. Motion to appoint counsel [42] is granted − the parties are to submit a proposed order for entry. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.