## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AQUA DOTS PRODUCTS LIABILITY **LITIGATION** | Case No. 1:07-cv-6387 |
| | MDL Docket No. 1940 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | The Honorable David H. Coar |
| | Magistrate Judge Nolan |

## ORDER
## GRANTING PLAINTIFFS' MOTION FOR
## APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL

THE COURT, being fully advised, hereby orders as follows:

1.    Plaintiffs' Motion for Appointment of Interim Co-Lead Class Counsel is hereby

GRANTED.

2.    The Court appoints the following counsel as Plaintiffs' Interim Co-Lead Counsel

pursuant to Federal Rule of Civil Procedure 23(g):  Ben Barnow, Barnow and

Associates, P.C.; John J. Stoia, Jr., Coughlin Stoia Geller Rudman & Robbins LLP;

Frederic S. Fox, Kaplan Fox & Kilsheimer LLP; and Burton H. Finkelstein,

Finkelstein Thompson LLP.

3.    Plaintiffs' Interim Co-Lead Counsel shall be responsible for coordinating and

organizing Plaintiffs' counsel in the conduct of this litigation and, in particular, shall

have the following responsibilities:

   a.    To brief and argue motions and file opposing briefs on

        matters initiated by other parties;

   b.    To initiate and conduct discovery proceedings;

    c.       To act as spokespersons at pretrial conferences;

    d.       To negotiate with Defendants' counsel with respect to settlement and other matters;

    e.       To call meetings of Plaintiffs' counsel when appropriate;

    f.       To make all work assignments to Plaintiffs' counsel to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive efforts;

    g.       To conduct trial and post-trial proceedings;

    h.       To consult with and employ experts as they deem appropriate;

    i.       To perform such other duties and undertake such other responsibilities as they deem necessary or desirable; and

    j.       To coordinate and communicate with Defendants' counsel with respect to matters addressed in this paragraph.

4.       No motion, request for discovery, or other pre-trial proceedings shall be initiated or filed by any plaintiff except through Plaintiffs' Interim Co-Lead Counsel.

5.       Plaintiffs' Interim Co-Lead Counsel shall be the contact between Plaintiffs' counsel and Defendants' counsel, as well as the spokespersons for Plaintiffs' counsel, and shall call meetings of and direct and coordinate the activities of Plaintiffs' counsel. Plaintiffs' Interim Co-Lead Counsel shall also be responsible for communicating with the Court to coordinate the conduct of the litigation, including the receipt and dissemination of Court orders and notices. Plaintiffs' Interim Co-Lead Counsel are

designated as the contact persons for Plaintiffs' counsel and as the attorneys of record

with whom the Court will be dealing throughout the course of the litigation, subject to

further order of the Court.

6.      All Plaintiffs' counsel shall submit to Plaintiffs' Interim Co-Lead Counsel a record of

the time expended to date in the form set forth by Plaintiffs' Interim Co-Lead Counsel

on a monthly basis or on such other schedule as may be established, from time to

time, by Plaintiffs' Interim Co-Lead Counsel.

IT IS SO ORDERED.

THE HONORABLE DAVID H. COAR

May 5, 2008
DATE