UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Robyn Williams
                          Plaintiff,

v.                                         Case No.: 1:07−cv−06387
                                             Honorable David H. Coar

Spin Master, Ltd., et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 16, 2008:

      MINUTE entry before the Honorable David H. Coar: Rule 16(b) Scheduling Conference held on 5/16/2008. Consolidated complaint to be filed on or before 5/30/2008. Defendants to answer or plead on or before 6/27/2008 − if a motion to dismiss is filed by any defendant, the briefing shall be as follows: Answer brief due by 7/25/2008; reply brief due by 8/8/2008. All disclosures required by Rule 26(a)(1) shall be made on or before 6/16/2008. Actions to join other parties shall be filed on or before 9/19/2008. Any amendments to pleadings to be filed by 2/28/2009. Discovery is ordered closed on 7/31/2009. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before 5/1/2009. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to 6/30/2009. Discovery materials are not to be filed with the Court pursuant to N.D. Ill. Local Rule 26.3 (discovery "shall not be filed with the court"). All discovery motions and all discovery disputes are to be referred to the Magistrate Judge. Plaintiffs' Class Certification motion, with supporting memorandum, to be filed on or before 11/7/2008. Briefing schedule for the class certification motion is as follows: Defendants&#039; Opposition briefs due by 12/5/2008; plaintiffs' reply brief due by 12/23/2008. Dispositive motions with supporting memoranda due by 8/31/2009 (the date of 8/29/2009 falls on a Saturday). All motions are to be filed in accordance to and noticed for a date certain pursuant to Local Rule 5.3(b). Final Pretrial Order due by 12/10/2009. Final Pretrial Conference set for Friday 12/18/2009 at 10:30 AM (the date of 12/17 falls on a Thursday). Jury Trial set for Monday, 1/18/2010 at 10:00 A.M. (if the 18th is the King Holiday,the trial will proceed on Tuesday 1/19/2010). The parties are directed to review this Court's standing orders. Copies are available in chambers or through the Court's web page. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.